

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00055-CV

**MARC GARZA AND CHELSEA COULSON,**

                                        **Appellants**

 **v.**

**MASSAGE ENTERPRISES, LLC,**

                                        **Appellee**

From the 272nd District Court
Brazos County, Texas
Trial Court No. 11-003064-CV-272

## MEMORANDUM  OPINION

Marc Garza and Chelsea Coulson appeal from a temporary injunction signed on January 13, 2012.  Their brief in this appeal was due June 11, 2012.  No brief was filed. By letter dated June 22, 2012, the Clerk of this Court warned Garza and Coulson that their appeal would be dismissed for want of prosecution unless, within 21 days from the date of the letter, Garza and Coulson or any party wishing to continue the appeal filed a response showing grounds for continuing the appeal.  More than 21 days have passed, and no response has been filed.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(b).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 2, 2012
[CV06]